UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENSINGTON INTERNATIONAL LIMITED,

                              *Plaintiff*,

- against -

SOCIÉTÉ NATIONALE DES PÉTROLES DU CONGO, BRUNO JEAN-RICHARD ITOUA, BNP PARIBAS S.A.,

                             *Defendants*.

Case No. 05 CV 5101 (LAP)

DECLARATION OF
BENNETTE D. KRAMER

---

      BENNETTE D. KRAMER, makes the following declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

      1.    I am a member of the bar of the State of New York and of this Court and of the law firm of Schlam Stone & Dolan LLP, counsel for Defendant Société Nationale des Pétroles du Congo ("SNPC"). I make this Declaration in support of SNPC's Motion to Dismiss the Complaint of Plaintiff Kensington International Limited ("Kensington"). I make this Declaration based upon my personal knowledge and information in the files of Schlam Stone & Dolan LLP.

      2.    Attached hereto as Exhibit A is a true and correct copy of the Redacted Complaint in the above-referenced action, filed on May 27, 2005.

      3.    Attached hereto as Exhibit B is a true and correct copy of the January 11, 2005 decision by the Supreme Court of the State of New York granting Defendant BNP Paribas SA's motion to dismiss an action entitled *Kensington International Ltd. v. BNP-*

*Paribas S.A.*, No. 602569/03 (N.Y. Sup. Ct.) on the ground of *forum non conveniens*.

Kensington did not appeal the January 11, 2005 decision.

Dated: New York, New York
       October 17, 2005

                                    Bennette D. Kramer (BK-1269)