UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KENSINGTON INTERNATIONAL LIMITED,

           Plaintiff,

      v.                                            05 Civ. 5101 (LAP)

SOCIÉTÉ NATIONALES DES PÉTROLES DU CONGO,    **REPLY DECLARATION**
BRUNO JEAN- RICHARD ITOUA,    **OF DWIGHT A. HEALY**
BNP PARIBAS S.A.,

           Defendants.

------------------------------------------------------------------X

      DWIGHT A. HEALY, makes the following declaration, pursuant to 28 U.S.C. §1746:

      1.    I am an attorney admitted to practice law before the courts of the State of New York and a member of the law firm of White & Case LLP, counsel for Defendant BNP Paribas, SA ("BNP-P") in the above-referenced action. I submit this Reply Declaration in support of BNP-P's Reply Memorandum In Further Support Of Defendant BNP Paribas' Motion To Dismiss The Complaint.

      2.    Attached hereto as Exhibit A is a true and correct copy of the Affidavit of Stephen Philip Moverly Smith Q.C., dated January 16, 2004, provided in Kensington International Ltd. v. BNP-Paribas S.A., No. 602569/03 (N.Y. Sup. Ct.) (the "State Action").

      3.    Attached hereto as Exhibit B is true and correct copy of the Affidavit of Christopher Fix, dated March 19, 2004, which was provided in the State Action.

      4.    Attached hereto as Exhibit C is a true and correct copy of the Complaint in FG Hemisphere Associates, LLC v. Republique Du Congo, No. 01 CV 8700 (S.D.N.Y.), dated September 26, 2001.

5.  Attached hereto as Exhibit D is a true and correct copy of selected portions of Monetary Fund Report ("IMF Report") entitled, Republic of Congo: Enhanced Heavily Indebted Poor Countries (HIPC) Initiative—Preliminary Document (IMF Country Report No. 05/391, November 2005).

6.  Attached hereto as Exhibit E is a true and correct copy of selected portions of a KPMG Report, entitled State of the Alternative Investment Industry, Offshore, Spring 2005.

I declare under the penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Dated: New York, New York
       February 1, 2006

*[signature]*
Dwight A. Healy